UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE:

    FRANCES DiMARIA,       **AFFIDAVIT REGARDING PAY STUBS**

                    Debtor.       Case No.:
                                                    Chapter 7

---------------------------------------------------------x

**STATE OF NEW YORK**  )
                                  SS.:
**COUNTY OF RICHMOND)**

FRANCES DiMARIA, residing at 52 Bartow Street, Staten Island, New York 10308, being duly sworn, does depose and set forth the following:

    1.    That I am the Debtor in the above-entitled bankruptcy case.

    2.    That my sole source of income is social security ($812.00/per month) as set forth on Schedule I of my Petition.

    3.    I do not receive any wages or salary and, therefore, have no pay stubs.

    4.    I receive no other monthly income other than that set forth in this Affidavit and Schedule I of my Petition.

                                                          */s/ Frances DiMaria*
                                                          FRANCES DiMARIA

Sworn to before me this
1st day of March, 2016.

_____
Notary Public

JOSEPH A. D'AMICO
Notary Public, State of New York
No. 02DA4919438
Qualified in Richmond County
Commission Expires Jan. 19, 20__

BANKRUPT/DiMARIA/Affidavit Re Pay Stubs

18